ALB:RAT
F. #2014R01331

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -                             No. 15-CR-091 (ADS) (ARL)

EDWARD M. WALSH, JR.,

    Defendant.

– – – – – – – – – – – – – – – –X

## THE GOVERNMENT'S PROPOSED VOIR DIRE

       The government respectfully requests that prospective jurors be asked the following questions, in addition to the Court's standard questions, in order to determine whether there is a basis for any challenges. Where a prospective juror answers in the affirmative, the government further requests that the Court ask additional questions of the prospective juror to determine whether the juror could be fair and impartial in this case.

       1.     Have you, or a family member, or a close friend ever been arrested charged with a crime, the subject of a criminal investigation, or the victim of a crime? Do you feel that outcome was just? Is there anything about this experience that would make it difficult for you to evaluate the evidence in this case fairly and impartially?

       2.     Have you or any close friend or family member previously been involved in Suffolk County Conservative Party or otherwise been involved in

or worked with any political party in Suffolk County. Please describe. Does anyone think they know the defendant through his work in Suffolk County politics? Would this affect your ability to be fair and impartial in this case?

3. The Suffolk County Sheriff's Office oversees the two jails located in Suffolk County. Among other things, they also conduct Vehicle and Traffic stops, serve court orders and conduct court ordered property eviction proceedings. Have you or any close friend or family member previously had any interaction with the Suffolk County Sheriff's Office. Please describe. The defendant is a former member of the Suffolk County Sheriff's Office. Does anyone think they know the defendant through his work with the Suffolk County Sheriff's Office? Would this affect your ability to be fair and impartial in this case?

4. There may be some newspaper attention given to this case, or there may be some talk about it on the radio or television. If there is that kind of media attention during the trial, you must insulate yourselves from all information about this case, except when it comes to you in this courtroom through the Rules of Evidence. If you are chosen for this case, and you go home and pick up the paper and see something about the case, you must put the paper down right away. Do not read the article. I will also tell you to avoid listening to or watching any radio or television or conducting any Internet research regarding this case. Can each of you agree to follow my instructions in this regard?

5. The government has been informed by counsel that the defendant seeks to present a case consisting of up to 15-20 witnesses. Accordingly, the government respectfully requests that both the prosecution and defense present to the Court a list of individuals that they believe are involved in the case or who may testify, so that the Court

can ensure that none of the prospective jurors have had any prior dealings or relationships with the witnesses who may testify at the trial.

Thank you for your consideration of these requests.

Dated: Central Islip, New York
March 9, 2016

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:     /s/
Raymond A. Tierney
Catherine M. Mirabile
Assistant U.S. Attorneys
Tel: (631) 715-7849/(718) 254-6055

cc: Clerk of the Court (ADS) (ARL) (by ECF)
All Counsel (by ECF)