**WILLIAM D. WEXLER**
**ATTORNEY AT LAW**
**816 DEER PARK AVENUE**
**NORTH BABYLON, NEW YORK 11703**
**(631) 422-2900**

<u>**Via ECF**</u>

May 18, 2017

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
1024 Federal Plaza
Central Islip, NY 11722

      Re:    *U.S. v. Edward M. Walsh, Jr.*
              *Docket No. 15-CR-091*

Dear Judge Spatt:

      I am the attorney for Edward M. Walsh, Jr., the defendant in the above-referenced matter and write in connection with the Fatico hearing currently scheduled for Monday, May 22, 2017. On today's date, the undersigned and co-counsel, Leonard Lato, Esq., received the 3500 material and exhibits from the Government which are to be presented at the hearing. There are over 3,000 pages of exhibits in addition to the 3500 material to be reviewed. Accordingly, I am respectfully requesting that the Fatico hearing be adjourned to allow defendant a reasonable opportunity to review the documents and prepare for the hearing. We have discussed this request with AUSA Raymond A. Tierney and it is agreed that either a conference call with the Court be arranged for tomorrow, May 19, 2017, or alternatively that the May 22, 2017 date remain in place to provide an opportunity to discuss defendant's adjournment request.

      I thank the Court for its consideration.

                                          Respectfully submitted,

                                            s/

                                          William D. Wexler

WDW/cm

cc:    AUSA Catherine M. Mirabile
        AUSA Raymond A. Tierney
        Leonard Lato, Esq.