# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-CR-91-ADS |
| Edward M. Walsh Jr., | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Edward M. Walsh Jr., the defendant in the captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment (conviction and sentence) entered in this action on July 5, 2017. According to the judgment, the judgment was "filed" on June 20, 2017, and was signed by the district judge on June 30, 2017. According to the docket sheet, the judgment was "entered" on July 5, 2017.

Date: July 6, 2017

*Leonard Lato*
Leonard Lato
Attorney for Defendant
200 Motor Parkway, Suite C-17
Hauppauge, NY  11788
Email: leonardlato@yahoo.com
Telephone: (631) 655-5008